No. 46944.—Petition 6187–R of Atlas Trading Co. (Los Angeles).

Opinion by DALLINGER, J. This petition involves the question of a 10 percent buying commission. It appeared from the testimony of the owner of the petitioning company that prior to entry he spoke with the customs broker, also with the general manager of his company and with the attorneys in this case regarding the commission, and was advised that it was a properly deductible item. From his testimony the court was satisfied as to his good faith and that the entry of the merchandise was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore granted.

No. 46945.—Protest 32041–K/12133 of Pan American Products Corp. (New Orleans).

Opinion by KINCHELOE, J. At the hearing counsel for the Government moved for dismissal of the protest as not filed in time. Inasmuch as the present claim is a new one and was filed more than 60 days after the original liquidation the motion to dismiss was granted. *Woolworth* v. *United States* (26 C. C. P. A. 157, C. A. D. 10) and *Dover* v. *United States* (4 Cust. Ct. 135, C. D. 306) noted.

BEFORE THE THIRD DIVISION, FEBRUARY 11, 1942

No. 46946.—Protest 947558–G of A. W. Fenton Co. (New York).

Opinion by CLINE, J. The owner of the importing company testified that he had been in the waste material business for many years dealing in every kind of waste material; had sold such material throughout the United States during the last 25 years and had seen the manner in which such customers used the waste materials sold by his company. He further testified that the merchandise listed as No. 2 grade cotton canvas was all sold as paper stock; that at and prior to June, 1930, similar merchandise was sold and used as paper stock, and that he had been unable to discover any other use for this grade of cotton canvas. No further testimony was produced. On the record presented the court held No. 2 grade cotton canvas entitled to free entry as paper stock under paragraph 1750 as claimed.